CO-386-online
10/03

# United States District Court
# For the District of Columbia

Natsource LLC )
)
)
)
vs  Plaintiff )  Civil Action No._____
)
Flavio Gazani )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Natsource LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Natsource LLC_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Susan Wiltsie_
Signature

__429625_____
BAR IDENTIFICATION NO.

Susan F. Wiltsie
Print Name

1900 K Street, NW, Suite 1200
Address

Washington, DC   20006
City          State        Zip Code

202-955-1500
Phone Number