**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATSOURCE LLC ) | |
| ) | |
| Plaintiff ) | Civil Action No. 06-cv-1843 (RWR) |
| ) | |
| v. ) | |
| ) | |
| FLAVIO RUFINO GAZANI ) | |
| ) | |
| Defendant ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Natsource LLC ("Natsource") hereby voluntarily dismisses its Complaint against Defendant Flavio Rufino Gazani without prejudice.

Respectfully submitted,

NATSOURCE LLC


　　　/s/ Scot A. Hinshaw　　　
　　　　　　Counsel

Susan F. Wiltsie (DC Bar #429625)
Scot A. Hinshaw (DC Bar #449723)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006
(202) 955-1500
(202) 778-2201 (facsimile)

## **CERTIFICATE OF SERVICE**

I certify that on the 8th day of November, 2006 the foregoing Plaintiff's Voluntary Dismissal Without Prejudice was served via the Court's Electronic Case Filing system upon:

>Christine A. Samsel, Esq.
>Akin, Gump, Strauss, Hauer and Feld LLP
>1333 New Hampshire Avenue, NW
>Washington, D.C. 20036

>    /s/ Scot A. Hinshaw